IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                    Plaintiff,

v.

JOSEPH CRANKSHAW,

                    Defendant.

JUDGMENT & COMMITMENT ORDER

21-po-2-slc
_____

Pursuant to F.R. Crim. Pro. 58(a)(2) and with the consent of both parties, on April 4, 2022, the court held a telephonic change-of-plea hearing. The government appeared by AUSA Steven Anderson. Defendant Joseph R. Crankshaw appeared on his own behalf.

The charge against Mr. Crankshaw, brought in Violation Notice No. 6822861, was that on July 27, 2020, he engaged in disorderly conduct at the Veterans Administration facility in Tomah Wisconsin. In an oral plea agreement with the government, Mr. Crankshaw agreed to plead guilty to this charge in exchange for a reduction in the amount of the fine to $180, with no additional costs assessed. In discussion with the government and with Mr. Crankshaw, the court found that Mr. Crankshaw's guilty plea was knowing and voluntarily, made with a full understanding and voluntary waiver of his constitutional rights, and after adequate time to review the government's discovery, to file pretrial motions, and to prepare for trial. The court also found that there was an adequate factual basis underlying the charge to which Mr. Crankshaw pled guilty. On this basis the court accepted Mr. Crankshaw's guilty plea.

Therefore IT IS ORDERED AND ADJUDGED that defendant Joseph R. Crankshaw is GUILTY of disorderly conduct as charged in Violation Notice No. 6822861.

IT IS FURTHER ORDERED that not later than May 6, 2022, defendant Joseph R. Crankshaw shall pay a fine of $180–with no additional assessment of costs– to the United States government pursuant to the directions provided the U.S. Attorney's Office.

Entered this 4th day of April, 2022.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge